Brent R. Phillips (SBN 235753)
Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendants BETTER DEBT SOLUTIONS, and LLC, LENDVIA, LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY MATA,<br><br>Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 8:24-cv-020587-SB-ADS<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT BETTER DEBT SOLUTIONS, LLC, AND DEFENDANT LENDVIA, LLC; AND DEMAND FOR A JURY TRIAL** |

Defendant BETTER DEBT SOLUTIONS, LLC, and Defendant LENDVIA, LLC (collectively "DEFENDANTS"), by and through undersigned counsel, answers Plaintiff DANNY MATA'S ("PLAINTIFF") Complaint ("COMPLAINT") as follows:

1. Answering paragraph 1 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the COMPLAINT, and therefore deny the allegations.

2. Answering paragraph 2 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations

contained in paragraph 2 of the COMPLAINT, and therefore deny the allegations.

3. Answering paragraph 3 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 3 of the COMPLAINT.

4. Answering paragraph 4 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 4 of the COMPLAINT.

5. Answering paragraph 5 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of the COMPLAINT, and therefore deny the allegations.

6. Answering paragraph 6 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 6 of the COMPLAINT.

7. Answering paragraph 7 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of the COMPLAINT, and therefore deny the allegations.

8. Answering paragraph 8 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of the COMPLAINT, and therefore deny the allegations.

9. Answering paragraph 9 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 9 of the COMPLAINT.

10. Answering paragraph 10 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 10 of the COMPLAINT.

11. Answering paragraph 11 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of the COMPLAINT, and therefore deny the allegations

12. Answering paragraph 12 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the COMPLAINT, and therefore deny the allegations.

13. Answering paragraph 13 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

contained in paragraph 13 of the COMPLAINT, and therefore deny the allegations.

14. Answering paragraph 14 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of the COMPLAINT, and therefore deny the allegations.

15. Answering paragraph 15 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of the COMPLAINT, and therefore deny the allegations.

16. Answering paragraph 16 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of the COMPLAINT, and therefore deny the allegations

17. Answering paragraph 17 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 17 of the COMPLAINT, and therefore deny the allegations

18. Answering paragraph 18 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 18 of the COMPLAINT.

19. Answering paragraph 19 of the COMPLAINT, DEFENDANTS admit the allegations contained in paragraph 19 of the COMPLAINT.

20. Answering paragraph 19 of the COMPLAINT, DEFENDANTS admit that the court granted the parties' stipulation for arbitration. DEFENDANTS deny the remaining allegations contained in paragraph 20 of the COMPLAINT.

21. Answering paragraph 21 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 21 of the COMPLAINT, and therefore deny the allegations.

22. Answering paragraph 22 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of the COMPLAINT, and therefore deny the allegations.

23. Answering paragraph 23 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

contained in paragraph 23 of the COMPLAINT, and therefore deny the allegations

24. Answering paragraph 24 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of the COMPLAINT, and therefore deny the allegations.

25. Answering paragraph 25 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 25 of the COMPLAINT, and therefore deny the allegations.

26. Answering paragraph 26 of the COMPLAINT, paragraph 26 makes no allegation directed toward DEFENDANTS and as such needs no response.

27. Answering paragraph 27 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 27 of the COMPLAINT.

28. Answering paragraph 28 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 28 of the COMPLAINT.

29. Answering paragraph 29 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 29 of the COMPLAINT.

30. Answering paragraph 30 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 30 of the COMPLAINT.

31. Answering paragraph 31 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 31 of the COMPLAINT.

32. Answering paragraph 32 of the COMPLAINT, paragraph 32 makes no allegation directed toward DEFENDANTS and as such needs no response.

33. Answering paragraph 33 of the COMPLAINT, DEFENDANTS are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 33 of the COMPLAINT, and therefore deny the allegations.

34. Answering paragraph 34 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 34 of the COMPLAINT.

35. Answering paragraph 35 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 35 of the COMPLAINT.

36. Answering paragraph 36 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 36 of the COMPLAINT.

37. Answering paragraph 37 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 37 of the COMPLAINT.

38. Answering paragraph 38 of the COMPLAINT, DEFENDANTS deny the allegations contained in paragraph 38 of the COMPLAINT.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CAUSE OF ACTION)

The COMPLAINT fails to state facts sufficient to constitute a cause of action against DEFENDANTS.

### SECOND AFFIRMATIVE DEFENSE

### (ESTOPPEL)

By his own acts and/or omissions, PLAINTIFF is estopped from recovering at all against DEFENDANTS.

### THIRD AFFIRMATIVE DEFENSE

### (CONSENT)

PLAINTIFF by his own words and conduct consented to the alleged contacts by DEFENDANTS.

### FOURTH AFFIRMATIVE DEFENSE

### (LACK OF STANDING)

PLAINTIFF lacks standing to bring this lawsuit against DEFENDANTS.

### FIFTH AFFIRMATIVE DEFENSE

### (STATUTES OF LIMITATION)

PLAINTIFF'S causes of action are barred by the applicable statutes of limitation.

### SIXTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

DEFENDANTS deny that PLAINTIFF has been damaged in any sum or sums, but

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

to the extent PLAINTIFF has been damaged, those damages should be reduced based on PLAINTIFF'S failure to mitigate.

**SEVENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

PLAINTIFF is barred from presenting their claims before the court based on the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

**(LACHES)**

PLAINTIFF'S claims are barred by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

**(INTERVENING OR SUPERSEDING CAUSE)**

The damages that PLAINTIFF claims to have suffered were caused or made worse by an event that occurred after the incident complained of.

**TENTH AFFIRMATIVE DEFENSE**

**(LACK OF DAMAGES)**

PLAINTIFF'S claims are barred in that he has not been damaged.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

PLAINTIFF'S claims are barred based on the doctrine of waiver.

**TWELFTH AFFIRMATIVE DEFENSE**

**(JOINDER)**

PLAINTIFF failed to join indispensable parties with which a full, complete and equitable adjudication can be made in this action.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(ACTS OF OTHER PARTIES)**

DEFENDANTS allege that, if it is subject to any liability by PLAINTIFF, it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by PLAINTIFF should be barred or

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

reduced according to law, up to and including the whole thereof.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(ABSENCE OF NECESSARY PARTIES)**

The purported claims and causes of action alleged by PLAINTIFF require, for their complete adjudication, the joining of additional, necessary or indispensable parties, without whom the purported claims and causes of action cannot be fully, finally and completely resolved.

**FIFTEETH AFFIRMATIVE DEFENSE**

**(ARBITRATION)**

The purported claims and causes of action alleged by PLAINTIFF are subject to arbitration on the grounds that PLAINTIFF agreed and consented to arbitration as the exclusive forum for resolving the claims and cause of actions alleged in this action.

PHILLIPS LAW CORPORATION

DATED: April 18, 2025

By: Brent R. Phillips

BRENT R. PHILLIPS
RONALD A. GORRIE
Attorneys for Defendants
BETTER DEBT SOLUTIONS, LLC, and
LENDVIA. LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**DEMAND FOR A JURY TRIAL**

PLEASE TAKE NOTICE that Defendant BETTER DEBT SOLUTIONS, LLC, and Defendant LENDVIA, LLC hereby demand a trial by jury in this action.

PHILLIPS LAW CORPORATION

DATED: April 18, 2025

By: Brent R. Phillips

BRENT R. PHILLIPS
RONALD A. GORRIE
Attorneys for Defendants
BETTER DEBT SOLUTIONS, LLC, and
LENDVIA. LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On April 18, 2025, I served by electronic service through the United States District Court for the Northern District of California's CM/ECF electronic filing system to the following parties:

| | |
|---|---|
| Octavio Cardona-Loya II, Esq.<br>GOLDEN & CARDONA-LOYA, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Tel: (619) 476-0030<br>Fax: (775) 898-5471<br>E-mail: vito@goldencardona.com | **Attorneys for Plaintiff DANNY MATZ** |

the following document(s) listed below:

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT BETTER DEBT SOLUTIONS, LLC, AND DEFENDANT LENDVIA, LLC; AND DEMAND FOR A JURY TRIAL**

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on April 18, 2025, at Santa Ana, California.

Brent R. Phillips
Brent R. Phillips