Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY MATA,<br><br>Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 8:25-cv-00587-SB-ADS<br><br>**Joint Stipulation for Dismissal of Entire Action With Prejudice** |

Plaintiff DANNY MATA and Defendants BETTER DEBT SOLUTIONS LLC and LENDVIA LLC hereby jointly move this Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 20, 2025

/s/ Octavio Cardona-Loya II
Octavio Cardona-Loya II
Attorney for Plaintiff Danny Mata

Dated: August 20, 2025

/s/ Brent R. Phillips
BRENT R. PHILLIPS
RONALD A. GORRIE
Attorneys for Defendants
BETTER DEBT SOLUTIONS, LLC, and LENDVIA, LLC

**Signature Certification**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: August 20, 2025

/s/ Octavio Cardona-Loya II
Octavio Cardona-Loya II
Attorney for Plaintiff Danny Mata