**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY MATA,<br><br>Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 8:25-cv-00587-SB-ADS<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

Having considered the parties' Joint Stipulation, this entire action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Date: ____________________

______________________________________
UNITED STATES DISTRICT JUDGE