JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MATA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS LLC; LENDVIA LLC; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 8:25-cv-00587-SB-ADS<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

　　　Pursuant to the parties' stipulation, this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: August 21, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE